IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

```
DAMION WILKS,                       :
        Petitioner
                                    :

        vs.                         :   CIVIL NO. 1:CV-07-2171

                                        (Judge Caldwell)
U. S. DEPARTMENT OF HOMELAND        :
SECURITY, IMMIGRATION AND               (Magistrate Judge Smyser)
CUSTOMS ENFORCEMENT and             :
WARDEN THOMAS V. DURAN,
        Respondents                 :
```

*O R D E R*

AND NOW, this 4th day of June, 2008, upon consideration of the Report and Recommendation of Magistrate Judge Smyser, to which no objections have been filed, and upon review of the proceedings in this case, it is Ordered that the report is approved.

Pursuant to the recommendation in said report it is further Ordered that Petitioner's petition for writ of habeas corpus is denied.

The Clerk of Court shall close this file.

<u>/s/William W. Caldwell</u>
William W. Caldwell
United States District Judge