UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAMION WILKS<br>(A76 575 118)<br>Petitioner,<br><br>v.<br><br>UNITED STATES DEPARTMENT<br>OF HOMELAND SECURITY *et al.*,<br>Respondents. | : Civil Action No. 1:-cv-07-02171<br>:<br>: (Judge Caldwell)<br>:<br>: (Magistrate Judge Smyser)<br>:<br>: (Electronically Filed)<br>: |

### [PROPOSED] ORDER

Upon consideration of Petitioner's motion for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) & 5 U.S.C. § 504 et seq., in the amount of $ 43,147.29, it is hereby ORDERED that the motion is GRANTED.

SO ORDERED.

BY THE COURT,

_____
Judge William W. Caldwell
United States District Judge

DATE: _____